# United States Court of Appeals
## For the First Circuit

No. 25-2148

WILMAN L. CARDENAS LEMA,

Petitioner - Appellee,

v.

KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PATRICA HYDE, Acting Field Office Director, Immigration and Customs Enforcement, Boston; JOSEPH D. MCDONALD, Sheriff of Plymouth County, Massachusetts; ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,

Respondents - Appellants.

**JUDGMENT**

Entered: December 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher J. Levery
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Nicole Marie O'Connor